Leslie Netting

29870 Longhorn Drive

Canyon Lake, CA. 92587



April 30, 2025

To Whom It May Concern,

I am filing a complaint to assert that the debtor, Elizabeth Bachert, is not entitled to receive a discharge of the debt owed to me based on 11 U.S.C. 727 (a) 6 "the debtor has refused, in this case-to obey any lawful order of the court, other than an order to respond to a material question or to testify".

Her Bankruptcy case number is 25-11170-amc filed on 3/27/25.

I have included documents verifying the judgement against her for $12,235.65 with her cross complaint awarded $3067.45- meaning that she still owes me $9,168.20. The judgement against her was for 3 months' rent and taxes (triple net lease) she owed while still occupying my building and collecting income from the services that she provided in the building. I had the judgement transferred from Berks County to Montgomery Country to pursue a Writ of Execution when I received the attached letter from Elizabeth's Bankruptcy lawyer (see attached).

Please feel free to contact me at 610-368-2082 or email me at leslienetting@gmail.com if there is further information you need or if there is a fee required to file this complaint. Please note that I have already filed a Proof of Claim with the Eastern. District of PA Bankruptcy Court.

Thank you for your time and consideration,

*Leslie Netting*

Leslie Netting

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Elizabeth A. Bachert | Social Security number or ITIN: | ~~___-__-____~~ |
| | First Name  Middle Name  Last Name | EIN: __-_____ | |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____ | |
| | | EIN: __-_____ | |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 7   3/27/25 |
| Case number: | 25-11170-amc | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline    10/20
**Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Elizabeth A. Bachert | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 36 Cherokee Ridge Court<br>Johnson City, TN 37604 | |
| 4. | Debtor's attorney<br>Name and address | George Meany Lutz<br>Hartman, Valeriano, Magovern & Lutz, P.C.<br>1025 Berkshire Blvd.<br>Ste. 700<br>Wyomissing, PA 19610 | Contact phone 610-763-0745<br>Email: glutz@hvmllaw.com |
| 5. | Bankruptcy trustee<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565-5463<br>Email: trustee@holber.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline    page 1

| | | |
|---|---|---|
| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office -- 9:00 A.M. to 4:00 P.M; Reading Office -- 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408-2800<br><br>Date: 3/27/25 |
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | May 2, 2025 at 10:10 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635-2353, Enter Meeting ID 553 798 0544, and Passcode 9076919462**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/1/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline                           page 2

039488       5870903952 7014

| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF BERKS |  | NOTICE OF JUDGMENT/TRANSCRIPT<br>CIVIL CASE |
|---|---|---|

| Mag. Dist. No: | MDJ-23-3-01 |
|---|---|
| MDJ Name: | Honorable Michael D. Kaufman |
| Address: | 321 North Furnace Street<br>Suite 180<br>Birdsboro, PA  19508 |
| Telephone: | 610-582-8615 |

Leslie Netting, David Netting
v.
Elizabeth Bachert

John Alexander Hamilton, Esq.
Nochumson Pc
1 S Broad St Ste 1000
Philadelphia, PA  19107

Docket No: MJ-23301-CV-0000023-2024
Case Filed: 2/12/2024
Cross Complaint Docket No(s):
MJ-23301-CV-0000050-2024

## Disposition Summary (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-23301-CV-0000023-2024 | Leslie Netting | Elizabeth Bachert | Judgment for Plaintiff | 04/15/2024 |
| MJ-23301-CV-0000023-2024 | David Netting | Elizabeth Bachert | Judgment for Plaintiff | 04/15/2024 |

## Judgment Summary

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| David Netting | $0.00 | $0.00 | $0.00 |
| Elizabeth Bachert | $12,235.65 | $0.00 | $12,235.65 |
| Leslie Netting | $0.00 | $0.00 | $0.00 |

## Judgment Finding (*Post Judgment)

In the matter of Leslie Netting; David Netting vs. Elizabeth Bachert on MJ-23301-CV-0000023-2024, on 4/15/2024 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Security Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | $12,000.00 | $0.00 | | $12,000.00 |
| Costs | $235.65 | $0.00 | | $235.65 |
| | | | Grand Total: | $12,235.65 |

**Comments:**

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION.  YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.
   EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.
   UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

_04/15/24_  _/s/ Michael Kaufman_
Date          Magisterial District Judge Michael D. Kaufman

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

_____          _____
Date                                        Magisterial District Judge



MDJS 315
Printed: 04/17/2024 10:18:58AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
610-582-8615

Document   Page 5 of 8

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF BERKS**

**NOTICE OF JUDGMENT/TRANSCRIPT**
**CIVIL CASE**

| | |
|---|---|
| Mag. Dist. No: | MDJ-23-3-01 |
| MDJ Name: | Honorable Michael D. Kaufman |
| Address: | 321 North Furnace Street<br>Suite 180<br>Birdsboro, PA 19508 |
| Telephone: | 610-582-8615 |

Leslie Netting
29870 Longhorn Drive
Canyon Lake, CA 92587

Leslie Netting, David Netting
v.
Elizabeth Bachert

Docket No: MJ-23301-CV-0000023-2024
Case Filed: 2/12/2024
Cross Complaint Docket No(s):
MJ-23301-CV-0000050-2024

## Disposition Summary  (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-23301-CV-0000023-2024 | Leslie Netting | Elizabeth Bachert | Judgment for Plaintiff | 04/15/2024 |
| MJ-23301-CV-0000023-2024 | David Netting | Elizabeth Bachert | Judgment for Plaintiff | 04/15/2024 |
| MJ-23301-CV-0000050-2024 cc | Elizabeth Bachert | David Netting | Judgment for Plaintiff | 04/16/2024 |
| MJ-23301-CV-0000050-2024 cc | Elizabeth Bachert | Leslie Netting | Judgment for Plaintiff | 04/16/2024 |

## Judgment Summary

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| David Netting | $0.00 | $0.00 | $0.00 |
| David Netting | $3,067.45 | $0.00 | $3,067.45 |
| Elizabeth Bachert | $12,235.65 | $0.00 | $12,235.65 |
| Elizabeth Bachert | $0.00 | $0.00 | $0.00 |
| Leslie Netting | $0.00 | $0.00 | $0.00 |
| Leslie Netting | $3,067.45 | $0.00 | $3,067.45 |

## Judgment Finding  (*Post Judgment)

In the matter of Leslie Netting; David Netting vs. Elizabeth Bachert on MJ-23301-CV-0000023-2024, on 4/15/2024 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Security Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | $12,000.00 | $0.00 | | $12,000.00 |
| Costs | $235.65 | $0.00 | | $235.65 |
| | | | Grand Total: | $12,235.65 |

In the matter of Elizabeth Bachert vs. David Netting; Leslie Netting on MJ-23301-CV-0000050-2024, on 4/16/2024 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Security Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | $3,000.00 | $0.00 | | $3,000.00 |
| Costs | $67.45 | $0.00 | | $67.45 |
| | | | Grand Total: | $3,067.45 |

**Comments:**
**Comments:**

Printed: 10/17/2024 12:48:41PM

1


FREE INTERPRETER
www.pacourts.us/language-rights
610-582-8615

Leslie Netting, David Netting
v.
Elizabeth Bachert

Docket No.: MJ-23301-CV-0000023-2024

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION. YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

04/15/24
Date

Magisterial District Judge Michael D. Kaufman

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

10-31-24
Date

Magisterial District Judge

Leslie Netting, David Netting
v.
Elizabeth Bachert

Docket No.: MJ-23301-CV-0000023-2024

# Participant List

### Private(s)

John Alexander Hamilton, Esq.
Nochumson Pc
1 S Broad St Ste 1000
Philadelphia, PA 19107

### Plaintiff(s)

David Netting
29870 Longhorn Drive
Canyon Lake, CA 92587

Leslie Netting
29870 Longhorn Drive
Canyon Lake, CA 92587

### Defendant(s)

Elizabeth Bachert
1864 West Schuylkill Road
Douglassville, PA 19518

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY,
PENNSYLVANIA

Leslie Netting/David Netting vs. Elizabeth Bachert :  25-03544

NO. MJ-23301-CV-0000023-2024

## 236 NOTICE

NOTICE IS GIVEN THAT THE ATTACHED DOCUMENT IN THE ABOVE CAPTIONED MATTER HAS BEEN ENTERED.

*n-m-*

NOAH MARLIER
PROTHONOTARY

IF YOU HAVE ANY QUESTIONS CONCERNING THE ABOVE, PLEASE CONTACT:

_Leslie Netting_
Signature/ID Number

_Leslie Netting_
Print Name

_29870 Longhorn Dr._
Address

_Canyon Lake, CA 92587_

_610-368-2082_
Phone Number

(09/15)